RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/12/06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT H. HOWARD | CIVIL ACTION NO. 05-0560 |
| versus | JUDGE STAGG |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## **JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **REVERSED**, and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 12th day of June, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE